UNITED STATES DISTRICT COURT

Northern District of California

LUCAS ANTONIO ROQUE,

              Plaintiff,

  v.

EMILIA BARDINI, et al.,

              Defendants.

_____/

No. C 10-3242 MEJ

**ORDER REQUESTING FURTHER BRIEFING**

Before the Court is Plaintiff Lucas Roque's Emergency Motion for Administrative Relief, filed August 27, 2010. (Dkt. #6.) In his motion, Plaintiff requests that the Court stay the execution of a February 14, 1989 deportation order against him. Defendants have filed an Opposition, (Dkt. #10), to which Plaintiff has filed a Reply (Dkt. #13.) Upon review of the parties' submissions, the Court finds that further briefing is appropriate prior to issuing a decision. Specifically, in their opposition, Defendants argue that the Court has no authority to stay a deportation order. In support of this argument, Defendants cite to *De Leon v. Napolitano,* 2009 WL 4823358, at *3 (N.D. Cal. 2009). However, in *De Leon*, the Honorable James Ware granted the plaintiff's motion for stay of execution of removal order, in order to allow him to rule on the merits of the plaintiff's claims. *De Leon v. Napolitano*, C-09-3664 JW, Dkt. #8 at 2:4-5. Accordingly, the Court ORDERS Defendants to show why the undersigned should not grant Plaintiff's motion in order to allow the Court to rule on the merits of Petitioner's claims. Defendants shall file a response to this Order by September 2, 2010 at 3:00 p.m., and Plaintiff may file any reply by September 3, 2010 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: September 1, 2010

                                                                                     _____
                                                                                     Maria-Elena James
                                                                                      Chief United States Magistrate Judge