1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCAS ANTONIO ROQUE, | Case No. C 10-3242 MEJ |
| Plaintiffs, | STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER |
| vs. | |
| EMILIA BARDINI, et al., | |
| Defendants. | |

  Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval by the Court, to the following:

  1. Defendants, on August 31, 2010, filed a Motion to Dismiss, or in the Alternative, for Summary Judgment. A hearing on Defendant's motion is scheduled for October 7, 2010 at 10:00 a.m..

  2. Because Plaintiff's counsel, Jonathan M. Kaufman, will be on vacation from September 5, 2010 through September 12, 2010 and anticipates that he will not have sufficient time to draft and file Plaintiff's opposition to Defendant's motion when he returns, the parties respectfully request that the Court extend the dates as follows:

1

The hearing on Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment is scheduled for November 4, 2010 at 10:00 a.m.

Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment is due by October 14, 2010

Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment is due by October 21, 2010.

Respectfully submitted,

Dated: September 2, 2010

s/_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

Dated: September 2, 2010

s/_____
CHRISTOPHER W. HOLLIS
Attorney for Defendants
(Per authorization)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 2, 2010

_____
MARIA-ELENA JAMES
Chief United States Magistrate Judge