Teresa Salazar-Cosmos (CA#194050)
IMMIGRATION PRACTICE GROUP
A Professional Corporation
555 Clay Street
San Francisco, CA  94111
Tel: (415) 398-3852
Fax: (415) 296-8730
Tsr_salazar@yahoo.com
ts@ipgpc.com

Attorney for Petitioner

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCAS ANTONIO ROQUE,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>EMILIA BARDINI, Dir. Asylum Office<br>JANET NAPOLITANO, Secretary for the<br>Department of Homeland Security,<br><br>　　　　　Defendants. | USDC Case No.: 10-cv-3242 (MEJ) |

### JOINT STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTION RELIEF

COME NOW, Lucas Antonio Roque, Petitioner, by and through his attorney of record, and Respondents, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, as follows:

1.    A Complaint for Declaratory Judgment and Injunction Relief in the above-entitled case was filed on July 23, 2010 with the United States District Court for the Northern District.

2.    Plaintiff and Defendants hereby stipulate to dismiss the instant cause of action with prejudice.  Plaintiff will pursue his case before the Executive Office for Immigration Review.  The parties shall bear their own costs and fees.

**IT IS SO STIPULATED.**

        Respectfully submitted,

        IMMIGRATION PRACTICE GROUP, P.C.

DATED: OCTOBER 12, 2010    /Teresa Salazar-Cosmos/
    TERESA SALAZAR-COSMOS
    Counsel for Petitioner

DATED: OCTOBER 12, 2010    /Christopher W. Hollis/
    CHRISTOPHER W. HOLLIS
    Trial Attorney
    P.O. BOX 868, Ben Franklin Station
    Washington, D.C. 20044

### **ORDER**

Plaintiff's Complaint for Declaratory Judgment and Injunctive Relief is hereby dismissed.

**IT IS SO ORDERED.**

Dated: October 14, 2010

